IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JASON WORLD,
    Petitioner,

vs.                                        Case No. 5:07cv184/SPM/EMT

JAMES R. McDONOUGH,
    Respondent.
_____/

**O R D E R**

    Petitioner has filed a petition for writ of habeas corpus under 28 U.S.C. § 2254 (Doc. 1) and has paid the filing fee (*see* Docket Entry 7).  Initially, the court notes that Petitioner has not named the proper party as Respondent.  Pursuant to 28 U.S.C. § 2242, the appropriate Respondent is the Secretary of the Department of Corrections, James R. McDonough; therefore, he shall be substituted as the sole Respondent in this cause, as the court has already done in the caption of this order.

    In addition, Petitioner failed to provide the court with two (2) complete copies of his petition for service upon Respondents.  Petitioner is advised that he must submit a complete copy for each named Respondent and for the Attorney General of the State of Florida.  Therefore, Petitioner must submit two (2) complete copies of the petition, including the memorandum of law.

    Accordingly, it is **ORDERED**:

    1.    James R. McDonough is hereby substituted for the State of Florida as Respondent in this cause, and the clerk shall change the docket to so reflect.

    2.    Petitioner shall submit two (2) complete copies of the petition as explained above.  This case number should be written on each copy.  Failure to do so within **TWENTY (20) DAYS** from the date of docketing of this order may result in the dismissal of this case.

**DONE AND ORDERED** this 27<u>th</u> day of September 2007.

<u>/s/ *Elizabeth M. Timothy*</u>
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**
