IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JASON WORLD,
          Petitioner,

vs.                                                    CASE NO. 5:07cv184-SPM/EMT

STATE OF FLORIDA,
          Respondent.
_____/

## ORDER

THIS CAUSE comes before the Court on the magistrate judge's report

and recommendation dated October 10, 2007 (doc. 10).  Petitioner has been

furnished a copy and has been afforded an opportunity to file objections pursuant

to Title 28, United States Code, Section 636(b)(1).  No objections have been

filed.  Having considered the report and recommendation, I have determined that

the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

1.       The magistrate judge's report and recommendation (doc. 10) is

adopted and incorporated by reference in this order.

2.       The petition for writ of habeas corpus (doc. 1) is dismissed without

prejudice pursuant to Petitioner's voluntary withdrawal (doc. 9).

DONE AND ORDERED this 14th day of November, 2007.

_s/ Stephan P. Mickle_____

Stephan P. Mickle
United States District Judge